### OVERSTREET *v.* OVERSTREET.

GILBERT, J. Under the pleadings and the evidence, the court did not err in granting an injunction.

*Judgment affirmed. All the Justices concur.*

*H. L. Williams* and *W. B. Kent,* for plaintiff in error.

